**1**

## Harry C. THOMAS v. George H. CHARLS.

Circuit Court of Appeals, Sixth Circuit.
January 5, 1928.

No. 4929.

Appeal from the District Court of the United States for the Northern District of Ohio; D. C. Westenhaver, Judge.

Arthur E. Paige and Frank E. Paige, both of Philadelphia, Pa., and Albert Lynn Lawrence, of Cleveland, Ohio, for appellant.

Black, McCuskey, Ruff & Souers, of Canton, Ohio, and Fay, Oberlin & Fay, of Cleveland, Ohio, for appellee.

PER CURIAM. Dismissed pursuant to motion of counsel for appellant.

---

**2**

## Cornelia THOMAS v. UNITED STATES.

Circuit Court of Appeals, Sixth Circuit.
April 13, 1928.

No. 5110.

In Error to the District Court of the United States for the Northern District of Ohio; Paul Jones, Judge.

Davis & Lipps, of Akron, Ohio, for plaintiff in error.

A. E. Bernsteen, U. S. Atty., and Howell Leuck, Asst. U. S. Atty., both of Cleveland, Ohio.

PER CURIAM. Judgment of District Court affirmed, upon authority of opinion of Supreme Court in Casey v. United States, 276 U. S. 413, 48 S. Ct. 373, 72 L. Ed. ——, filed April 9, 1928.

**3**

## UNITED STATES FIDELITY & GUARANTY COMPANY, Plaintiff in Error, v. Janella CARD, Defendant in Error.

Circuit Court of Appeals, Fourth Circuit.
June 14, 1928.

No. 2718.

In Error to the District Court of the United States for the Eastern District of South Carolina, at Columbia.

Moorman & Moorman and Roger M. Heyward, all of Columbia, S. C., for plaintiff in error.

Jas. B. Murphy and Herbert & Dial, all of Columbia, S. C., for defendant in error.

PER CURIAM. Case dismissed per stipulation of attorneys.

---

**4**

## WHITAKER–GLESSNER CO. v. OHIO SAVINGS BANK & TRUST COMPANY et al.

Circuit Court of Appeals, Sixth Circuit.
January 5, 1928.

No. 5081.

Appeal from the District Court of the United States for the Western District of Michigan; Fred M. Raymond, Judge.

See, also, 22 F.(2d) 773.

Ritter & Brumback, of Toledo, Ohio, for appellant.

Wilson & Rector, of Columbus, Ohio, for appellees.

PER CURIAM. Docketed and dismissed, pursuant to motion of counsel for appellees.